UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HUNTER,<br><br>    Plaintiff,<br><br>    v.<br><br>GABRIEL WILLIAMS, et al.,<br><br>    Defendants. | No. 2:19-cv-1101 CKD P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed June 3, 2020, plaintiff's complaint was screened and he was given the option to proceed immediately on his Eighth Amendment claims against defendant Do-Williams for moving him to an upper tier, taking away his wheelchair, and denying his request for a mobility vest and walker, or to amend the complaint. ECF No. 6 at 10. Plaintiff has now notified the court that he would like to amend the complaint. ECF No. 7.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the June 3, 2020 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint as screened and it will be recommended that the non-cognizable claims against Do-Williams and all claims against defendants Williams, Gonzales, Battle, Adams, Halepota, Malakkla, Mansour, Cole, Kaur,

Richardson, Infante, Porras, Nava, Recarey, Gail, Paik, Lowe, and Gu be dismissed without prejudice.

    2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

Dated: June 25, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:hunt1101.amend