UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HUNTER, | No. 2:19-cv-1101 CKD P |
| Plaintiff, | |
| v. | ORDER |
| GABRIEL WILLIAMS, et al., | |
| Defendants. | |

On June 29, 2020, plaintiff filed a motion for a 6-month extension of time to file an amended complaint, (ECF No. 9), which was subsequently denied. (ECF No. 10.) Plaintiff then filed a renewed motion for a 6-month extension of time (ECF No. 11), and the undersigned granted plaintiff an additional sixty days (ECF No. 12). Plaintiff has now filed a motion for extension of time to file an amended complaint. Plaintiff argues that he has been paroled and now needs additional time to file his amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 14) is granted; and
2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

Dated: September 17, 2020

18::mp.hunt1101.36(3)

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE